**BURRIS, NISENBAUM, CURRY, AND LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
BENJAMIN NISENBAUM, Esq. (SBN 222173)
BRANDON YEE, Esq. (SBN 344583)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@hotmail.com
brandon.yee@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY, AND LACY LLP**
JULIA N. QUESADA, Esq. (SBN 337872)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
julia.quesada@bncllaw.com

Attorneys for Plaintiff,
Anai Viviano Perez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAI VIVIANO PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PACIFICA, a municipal entity; WILL SMITH, individually and in his official capacity as a police officer for the Pacifica Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for Pacifica Police Department,<br><br>Defendants. | Case No.: 4:23-cv-05310-HSG<br><br>*(Dist. Judge Hon. Haywood S. Gilliam, Jr.)*<br><br>**STIPULATION OF THE PARTIES AND JOINT REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>(*[Proposed] Order Dismissing Action filed concurrently herewith*)<br><br>Complaint Filed:     October 17, 2023 |

///

///

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS:**

STIPULATION FOR DISMISSAL.

1.     Plaintiff, ANAI VIVIANO PEREZ, individually ("Plaintiff"), and Defendants, CITY OF PACIFICA, and WILL SMITH, individually and in official capacity as a police officer for the City of  Pacifica Police Department ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate to dismiss with prejudice the above-entitled action in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2.     The Parties further stipulate that each party shall bear their own fees and costs.

3.     [Signature Attestation.] Pursuant to N.D. Cal. L.R. 5-1(i)(3), the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained authorization from each party's counsel to affix their electronic signatures to this document.

IT IS SO STIPULATED.

Dated: January 15, 2024                          **BURRIS NISENBAUM CURRY & LACY**


By: */s/ Julia N. Quesada*
          John L. Burris
          Ben Nisenbaum
          Julia N. Quesada
          Brandon Yee

          Attorneys for Plaintiff,
          Anai Viviano Perez


Dated: January 15, 2024                          **ORBACH HUFF + HENDERSON LLP**


By: */s/ Kevin Gilbert*
          Kevin Gilbert

          Attorney for Defendants,
          City of Pacifica and Will Smith

**STIPULATION TO DISMISS ACTION**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____1/16/2024_____

4  UNITED STATES DISTRICT JUDGE
   HONORABLE HAYWOOD S. GILLIAM, JR.

**STIPULATION TO DISMISS ACTION**